UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 8:07-cv-780-T-24-TGW

FUNDS IN THE AMOUNT OF
$116,814.36 USD, SEIZED FROM
SUNTRUST BANK ACCOUNT
NUMBER 1000053804315, IN THE
NAME OF MORGAN ASSET
MANAGEMENT, USA, INC., AND
FUNDS IN THE AMOUNT OF
$166,020.76 USD, SEIZED FROM
BANK OF AMERICA ACCOUNT
NUMBER 003775244842, IN THE
NAME OF MORGAN ASSET
MANAGEMENT, USA, INC.,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court sua sponte. Upon review of the Complaint filed on May 4, 2007, the undersigned concludes that she should recuse herself from this case. Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge within the division.

    **DONE AND ORDERED** at Tampa, Florida, this 3rd day of August, 2007.

                                                                  SUSAN C. BUCKLEW
                                                                  United States District Judge

Copies to:
Counsel of Record