UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.  8:07-cv-780-T-23TGW

FUNDS IN THE AMOUNT OF
$116,814.36 USD, SEIZED FROM
SUNTRUST BANK ACCOUNT
NUMBER 1000053804315, IN THE
NAME OF MORGAN ASSET
MANAGEMENT, USA, INC., AND
FUNDS IN THE AMOUNT OF
$166,020.76 USD, SEIZED FROM
BANK OF AMERICA ACCOUNT
NUMBER 003775244842, IN THE
NAME OF MORGAN ASSET
MANAGEMENT, USA, INC.,

    Defendants.
_____/

**ORDER**

Pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, the plaintiff, the United States of America (the "United States"), moves (Doc. 12) for entry of a default judgment in its favor.  Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(A), the United States also moves (Doc. 12) for entry of a judgment forfeiting all right, title, and interest in the defendant funds in the amount of (1) of $116,814.36, seized from SunTrust Bank Account No. 1000053804315, under the name of Morgan Asset Management, USA, Inc., ("Morgan Asset Management") and (2) $166,020.76, seized from Bank of America

Account No. 003775244842, under the name of Morgan Asset Management. On May 31, 2007, the United States sent a notice (Doc. 12, Ex. A) of the in rem forfeiture proceeding to Morgan Asset Management. On October 11, 2007, the United States filed two Forms 285 (Docs. 9, 10), reflecting publication of a notice of the proceeding and the government's intent to dispose of the funds. On January 30, 2008, the United States sent a notice (Doc. 12, Ex. A) of the proceeding to the registered agent for Morgan Asset Management. To date, no one has filed a verified claim to the defendant funds and the time for filing such a claim has expired. See Rule G(4)(b)(I), Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

The motions (Doc. 12) for a default judgment and for entry of a judgment of forfeiture are **GRANTED**. The Clerk is directed to enter a default judgment in favor of the United States. The Clerk is directed to enter a judgment forfeiting the defendant funds in the amounts of $116,814.36 and $166,020.76, and vesting clear title in the government. The Clerk is further directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on April 9, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE